

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Thurman Bruce FRIEND et al., Appellees.

Court of Appeals of Kentucky.

May 18, 1973.

Don Duff, General Counsel, Dept. of Highways, Frankfort, Edmond H. Tackett, Pikeville, F. Byrd Hogg, Hogg & Cornett, Whitesburg, for appellant.

Kelsey E. Friend, Friend & Mullins, Pikeville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

---

Paul D. STEWART and Charles
Montgomery, Appellants,

v.

CITY OF LOUISVILLE et al., Appellees.

KENTUCKY & INDIANA TERMINAL
RAILROAD, Cross-Appellant,

v.

Paul D. STEWART and Charles
Montgomery, Cross-Appellees.

Court of Appeals of Kentucky.

May 18, 1973.

Gary L. Gardner, John E. Taylor, Eubanks, Gardner & Schaefer, Louisville, for appellants.

Gerald Kirven, Joseph H. Terry, Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Attorneys for cross-appellant Kentucky & Indiana Terminal Railroad.

Joseph H. Eckert, Assistant Director of Law, Louisville, Attorney for appellee City of Louisville.

Carl L. Wedekind, Jr., Stites, McElwain & Fowler, Louisville, for appellee Louisville & Jefferson County Metropolitan Sewer District.

Gerald Kirven, Joseph H. Terry, Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Attorneys for appellee Kentucky & Indiana Terminal Railroad.

Gary L. Gardner, Eubanks, Gardner & Schaefer, Louisville, for cross-appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

Harry WELLS, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 18, 1973.

Donald L. Cox, Sales, Lynch & Fowler, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., John C. Ryan, Special Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

---

* Opinion ordered not to be published.